■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE VASQUEZ, Appellant. [673 NYS2d 307] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered January 15, 1997, convicting defendant, upon his plea of guilty, of manslaughter in the first degree, and sentencing him to a term of 8⅓ to 25 years, unanimously affirmed.

A review of the record demonstrates that defendant's waiver of his right to appeal was entered into knowingly, intelligently

and voluntarily; it is therefore enforceable *(see, People v Seaberg*, 74 NY2d 1). This waiver bars his challenge to the sentence on the ground of excessiveness, and precludes our interest of justice review *(People v Frazier*, 228 AD2d 171, *lv denied* 89 NY2d 922; *People v Graham*, 220 AD2d 215, *lv denied* 87 NY2d 1019). In any event, we perceive no abuse of sentencing discretion. Concur—Milonas, J. P., Wallach, Williams, Tom and Mazzarelli, JJ.